FILED

JUN 25 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1:10-CR-00217 |
| vs. ) | ORDER OF RELEASE |
| HIPOLITO VENEGAS, ) | |
| Defendant. ) | |

The above named defendant having been sentenced on June 24, 2013, to a period of 4 months with credit for time already served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

DATED: 6/25/13

HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1